# UNITED STATES DISTRICT COURT
### Western District of Tennessee

United States of America

v.

Jonathan Gregory Brogdon

Case No. 05-10045-T/An

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

The defendant made an initial appearance on July 1, 2005. That day the defendant was transported to the hospital with continuing medical problems. An arraignment has been set on Monday, July 25, 2005 at 10:45 a.m. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A) and (h)(3)(B)(4), a defendant may be granted a period of excludable delay if he is physically unable to stand trial.

IT IS THEREFORE ORDERED that the time period of July 1, 2005, through July 25, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, as the defendant has been physically unable to proceed with arraignment.

This ___19th___ day of July, 2005.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on __07/20/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10045 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT