IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                          Criminal No. 1:05-10045-01-T

JONATHAN GREGORY BROGDON

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for the defendant the trial date of October 11, 2005, is continued due to the unavailability of the defendant and to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Tuesday, November 17, 2005 at 9:00 A.M.** The Court finds that the grounds for this continuance justified excluding the period of October 11, 2005 to November 17, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A)(B)and(h)(8)(iv).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 12 October 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

(27)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CR-10045 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT