IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**FILED IN OPEN COURT**
**WESTERN DISTRICT OF TN**
DATE: 11/28/05
TIME: 5:00 p.m.
INITIALS: ___

UNITED STATES OF AMERICA

vs                                               CR NO. 1:05-10045-01-T

JONATHAN GREGORY BRODGON

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on November 28, 2005, Assistant U. S. Attorney, James W. Powell, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Monday, February 27, 2006 at 8:30 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

/s/ James D. Todd
_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 28 November 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CR-10045 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT